Victor L. George, State Bar No. 110504
Meylin P. Alfaro, State Bar No. 315177
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Boulevard, First Floor
Torrance, California 90503
Telephone: (310) 698-0990
Facsimile: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
malfaro@vgeorgelaw.com

Attorneys for Plaintiff,
GARY SURDAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SURDAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TINKRWORKS, LLC, a business entity, form unknown; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00055-SB-SHK<br>[Assigned to the Hon. Stanley Blumenfeld, Jr., Courtroom 6C]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: October 7, 2021<br>Date of Removal: January 10, 2022<br>Trial Date: December 5, 2022 |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the above-entitled matter has settled.

The parties anticipate that it will take 30 days to finalize the settlement terms and file the dismissal.

Dated: July 22, 2022            LAW OFFICES OF VICTOR L. GEORGE

By: _/s/ Victor L. George_
VICTOR L. GEORGE
MEYLIN P. ALFARO
Attorneys for Plaintiff
GARY SURDAM

---
1
NOTICE OF SETTLEMENT